No. 12–5973. SYLVIN *v.* UNITED STATES; and

No. 12–5989. VICTOR *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. Reported below: 466 Fed. Appx. 792.